UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05-M-67 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| PHONSAVANH THAMMAVONGSA | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 5th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

DOCUMENT SCANNED